NICHOLAS A. CARLIN (State Bar No. 112532)
BRIAN S. CONLON (State Bar No. 303456)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 - The Presidio
San Francisco, CA 94129
Telephone: 415-398-0900
Fax:            415-398-0911
Email: nac@phillaw.com
            bsc@phillaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN D. RUBIN, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC, a Delaware corporation, SCL GROUP, a United Kingdom company; and CAMBRIDGE ANALYTICA LLC, a Delaware limited liability company.<br><br>Defendants. | Case No:<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF JONATHAN D. RUBIN** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons associations of persons, firms, partnerships, corporations (including parent corporations) or other entitles (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:

| PARTY | CONNECTION/INTEREST |
|---|---|
| Jonathan D. Rubin | Plaintiff |
| Other Putative Class Members | Putative Class Members |

Dated: March 23, 2018                    PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP

By:    /s/ Nicholas A. Carlin
           Nicholas A. Carlin
           Attorneys for Plaintiff

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF RUBIN – Case No.