AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| JONATHAN D. RUBIN, individually and on behalf of all those similarly situated<br><br>*Plaintiff(s)*<br><br>FACEBOOK, INC., a Delaware corporation; SCL GROUP, a United Kingdom company; GLOBAL SCIENCE RESEARCH LTD. a United Kingdom company; and CAMBRIDGE ANALYTICA LLC, a Delaware limited liability company<br><br>*Defendant(s)* | Civil Action No. CV 18-1852 JCS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
FACEBOOK, INC., a Delaware corporation
SCL GROUP, a United Kingdom company
GLOBAL SCIENCE RESEARCH LTD, a United Kingdom company
CAMBRIDGE ANALYTICA LLC, a Delaware limited liability company

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nicholas A. Carlin, CSB #112532/Brian S. Conlon, CSB #303456
PHILLIPS ERLEWINE GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 - The Presidio, SAN FRANCISCO, CA 94129
(415) 398-0900    Fax: 415-398-0911    Email: nac@phillaw.com; bsc@phillaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*



*Signature of Clerk or Deputy Clerk*

Date: March 29, 2018

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CV 18-1852 JCS

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                    *Server's signature*

                                          _____
                                                *Printed name and title*

                                          _____
                                                   *Server's address*

Additional information regarding attempted service, etc: