NICHOLAS A. CARLIN (State Bar No. 112532)
BRIAN S. CONLON (State Bar No. 303456)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 - The Presidio
San Francisco, CA 94129
Telephone: 415-398-0900
Fax: 415-398-0911
Email: nac@phillaw.com
bsc@phillaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN D. RUBIN, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC, a Delaware corporation; SCL GROUP, a United Kingdom company; GLOBAL SCIENCE RESEARCH LTD, a United Kingdom company; and CAMBRIDGE ANALYTICA LLC, a Delaware limited liability company.<br><br>Defendants. | Case No: 3:18-cv-01852-EMC<br><br>**CERTIFICATE OF SERVICE** |

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA  94129
Telephone:  (415) 398-0900

1  I, Rosemary A. Comisky Culiver, declare that I am over the age of eighteen years and I am not a party to this action.  My business address is 39 Mesa Street, Suite 201 – The Presidio, San Francisco, California.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On April 4, 2018, I caused the following document(s):

**ORDER REASSIGNING CASE [Dkt 9]**

**NOTICE OF ELIGIBILITY FOR VIDEO RECORDING [Dkt 9-1]**

**CASE MANAGEMENT CONFERENCE ORDER IN REASSIGNED CASE [Dkt 10]**

**CIVIL STANDING ORDERS FOR ALL JUDGMENTS OF THE NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL STANDING ORDERS – GENERAL - U.S. DISTRICT JUDGE EDWARD M. CHEN**

**CIVIL STANDING ORDERS ON DISCOVERY - U.S. DISTRICT JUDGE EDWARD M. CHEN**

**CIVIL PRETRIAL INSTRUCTIONS (U.S. DISTRICT JUDGE EDWARD M. CHEN)**

**GUIDELINES FOR TRIAL IN CIVIL CASE (JURY AND BENCH) (U.S. DISTRICT JUDGE EDWARD M. CHEN)**

to be served by overnight service through Federal Express on the following:

| | |
|---|---|
| Facebook, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE  19808 | Cambridge Analytica, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE  19801 |

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  Executed on April 4, 2018 at San Francisco, California.

*/s/ Rosemary A. Comisky Culiver*
ROSEMARY A. COMISKY CULIVER



