Nicholas Carlin, 112532  (415) 398-0900
Phillips, Erlewine, Given & Carlin LLP
39 Mesa Street, Suite 201, The Presidio
San Francisco, CA 94129

Ref. No. or File No.: 8668.1

ATTORNEY FOR (Name): Plaintiff

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

JONATHAN D. RUBIN

DEFENDANT:

FACEBOOK. INC.

**PROOF OF SERVICE**

DATE:
TIME:
DEPT/DIV:
CASE NUMBER: 3:18-CV-01852

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Complaint, Civil Case Cover Sheet, Summons, Declination re Magistrate Judge Jurisdiction, Notice of Pending Assignment, Certification of Interested Parties, Judge Spero Standing Orders, Standing Orders All Northern District Judges

2. Party Served: Facebook, Inc., a Delaware corporation

3. Person Served: CSC-Lynanne Gares, Litigation Specialist - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 04/03/2018    12:24PM

5. Address, City and State: 251 Little Falls Drive
Wilmington, DE 19808

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 200.00

Not a registered California process server.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

04/03/2018
Stephen A. Kempski
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

Signature: _____

Stephen A. Kempski

OL # 11856757