| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Nicholas Carlin, 112532<br>Phillips, Erlewine, Given & Carlin LLP<br>39 Mesa Street, Suite 201, The Presidio<br>San Francisco, CA 94129 | (415) 398-0900 | |
| | Ref. No. or File No.<br>8668.1 | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
JONATHAN D. RUBIN

DEFENDANT:
FACEBOOK, INC.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:18-CV-01852 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Complaint, Civil Case Cover Sheet, Summons, Declination re Magistrate Judge Jurisdiction, Notice of Pending Assignment, Certification of Interested Parties, Judge Spero Standing Orders, Standing Orders All Northern District Judges

2. Party Served: Cambridge Analytica LLC, a Delaware limited liability company

3. Person Served: CT Corporation System-Amy McLaren - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 04/03/2018    10:18AM

5. Address, City and State: 1209 Orange Street
   Wilmington, DE 19801

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 200

lot a registered California process server.

4/03/2018
tephen A. Kempski
ne Legal - 194-Marin
04 Redwood Blvd #223
lovato, CA 94947
15-491-0606

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature: _____

Stephen A. Kempski
OL # 11856758