| | |
|---|---|
| Orin Snyder (*pro hac vice* forthcoming)<br>osnyder@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035 | Joshua S. Lipshutz (SBN 242557)<br>jlipshutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |

Brian M. Lutz (SBN 255976)
blutz@gibsondunn.com
Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN D RUBIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC, a Delaware corporation; SCL GROUP, a United Kingdom company; GLOBAL SCIENCE RESEARCH LTD, a United Kingdom company; and CAMBRIDGE ANALYTICA LLC, a Delaware limited liability company. | CASE NO. 3:18-CV-01852-EMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT FACEBOOK, INC.**<br><br>Action Filed:  March 26, 2018<br>Trial Date: |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Defendant Facebook, Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Defendant Facebook, Inc.:

>BRIAN M. LUTZ (SBN 255976)
>blutz@gibsondunn.com
>GIBSON, DUNN & CRUTCHER LLP
>555 Mission Street, Suite 3000
>San Francisco, CA 94105-0921
>Telephone:  415.393.8200
>Facsimile:  415.393.8306

Brian M. Lutz is admitted to practice and in good standing in the State of California, and was admitted to the United States District Court for the Northern District of California on July 18, 2008.

Dated this 6th day of April, 2018.

>**GIBSON, DUNN & CRUTCHER, LLP**
>
>By:  /s/ Brian M. Lutz
>Brian M. Lutz (SBN 255976)
>blutz@gibsondunn.com
>GIBSON, DUNN & CRUTCHER LLP
>555 Mission Street, Suite 3000
>San Francisco, CA 94105-0921
>Telephone:  415.393.8200
>Facsimile:  415.393.8306
>
>*Attorneys for Defendant Facebook, Inc.*