Orin Snyder (*pro hac vice*)
    osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Joshua S. Lipshutz (SBN 242557)
    jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Brian M. Lutz (SBN 255976)
    blutz@gibsondunn.com
Kristin A. Linsley (SBN 154148)
    klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN D RUBIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC, a Delaware corporation; SCL GROUP, a United Kingdom company; GLOBAL SCIENCE RESEARCH LTD, a United Kingdom company; and CAMBRIDGE ANALYTICA LLC, a Delaware limited liability company. | CASE NO. 3:18-CV-01852-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S MOTION TO STAY PROCEEDINGS** |

1

**[PROPOSED] ORDER**

2

The Court has considered the parties' briefing on Defendant Facebook, Inc.'s Motion to Stay

3

Proceedings, and the evidence and argument offered in support of or in opposition to this Motion.

4

Good cause having been shown, Facebook, Inc.'s Motion to Stay is GRANTED.  The Court

5

hereby stays all further proceedings in this action until a decision from the Judicial Panel on

6

Multidistrict Litigation on the Motion to Consolidate and Transfer filed in MDL No. 2843, without

7

prejudice to Plaintiffs' ability to seek interim relief from the Court if necessary, and without prejudice

8

to Facebook or any other defendant opposing such relief.  Following a decision by the Panel, the

9

parties shall meet and confer regarding deadlines to respond to Plaintiff's complaint.

10

11

**IT IS SO ORDERED.**

12

13

DATE:_____                    _____

14

United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S MOTION TO STAY PROCEEDINGS
CASE NO. 3:18-CV-01852-VC