Mark C. Scarsi (SBN 183926)
mscarsi@milbank.com
Ashlee N. Lin (SBN 275267)
anlin@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East 33rd Floor
Los Angeles, California 90067
Telephone:  (424) 386-4000
Facsimile:   (213) 629-5063

*Attorneys for Defendants*
*Cambridge Analytica LLC and SCL Group Ltd.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN D. RUBIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>        v.<br><br>FACEBOOK, INC.; SCL GROUP; GLOBAL SCIENCE RESEARCH LTD., and CAMBRIDGE ANALYTICA, LLC,<br><br>Defendants. | Case No. 3:18-cv-01852-VC<br><br>**NOTICE OF APPEARANCE OF MARK C. SCARSI**<br><br>Department: Courtroom 4, 17th Floor<br>Judge: Hon. Vince Chhabria |

1   **TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2   **PLEASE TAKE NOTICE THAT** the following individuals hereby enter their

3   appearance as counsel of record on behalf of Defendants Cambridge Analytica, LLC and SCL

4   Group Ltd. and are authorized to receive service of all pleadings, notices, orders, and other

5   papers in the above-captioned matter on behalf of CA and SCL:

6               Mark C. Scarsi (SBN 183926)
            MILBANK, TWEED, HADLEY &MCCLOY LLP
7           2029 Century Park East 33rd Floor
            Los Angeles, California 90067
8           Telephone: (424) 386-4000
            Facsimile: (213) 629-5063
9           Email: mscarsi@milbank.com

10  Mr. Scarsi is admitted to practice and is in good standing in the State of California, and is

11  admitted to practice in the United States District Court for the Northern District of California.

12

13

14

15  DATED:  April 20, 2018           By: /s/ Mark C. Scarsi
                                        Mark C. Scarsi (SBN 183926)
16                                      mscarsi@milbank.com
                                        Ashlee N. Lin (SBN 275267)
17                                      anlin@milbank.com
                                        MILBANK, TWEED, HADLEY &MCCLOY LLP
18                                      2029 Century Park East 33rd Floor
                                        Los Angeles, California 90067
19                                      Telephone: (424) 386-4000
                                        Facsimile: (213) 629-5063
20
                                        *Attorneys for Defendants*
21                                      *Cambridge Analytica, LLC and SCL Group, Ltd.*

22

23

24

25

26

27

28

1

1

## CERTIFICATE OF SERVICE

2

I hereby certify that a true copy of the foregoing document has been served via the

3

Court's CM/ECF system on all counsel of record on April 20, 2018.

4

5

6                                                    /s/ Ashlee N. Lin
                                                     Ashlee N. Lin
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2