# Exhibit A

# Lin, Ashlee

| | |
|---|---|
| **From:** | Pierucci, Katie |
| **Sent:** | Friday, April 20, 2018 2:49 PM |
| **To:** | NAC@phillaw.com |
| **Cc:** | Lin, Ashlee |
| **Subject:** | RE: Rubin v. Facebook, Inc. (N.D. Cal. 18-cv-01852) |

Nicholas,

Per the local rules, any opposed motion to extend a filing deadline must be filed at least 72 hours prior to the deadline. Accordingly, we intend to file our motion to today.

Thanks,
Katie

---

**Katherine Pierucci** | **Milbank**
2029 Century Park East, 33rd Floor | Los Angeles, CA  90067-3019
T: +1 424.386.4489 | F: +1 213.892.4789
kpierucci@milbank.com | www.milbank.com

---

**From:** Pierucci, Katie
**Sent:** Friday, April 20, 2018 12:49 PM
**To:** 'NAC@phillaw.com' <NAC@phillaw.com>
**Cc:** Lin, Ashlee <anlin@milbank.com>
**Subject:** RE: Rubin v. Facebook, Inc. (N.D. Cal. 18-cv-01852)

Thanks, Nicolas. To clarify, we are not saying that any plaintiffs in the other matters have not agreed. We are just unable to confirm at this time that all plaintiffs agree, particularly since it appears that the plaintiffs in a number of the remaining actions have conferred and now are all seeking unanimous consent from the other plaintiffs before consenting. Of course, if more than one plaintiff takes this position, it will be impossible to ever get unanimous consent, despite the fact that all plaintiffs may indeed be willing to agree if all others agree. This is particularly problematic for this case, which has one of the earliest deadlines to respond. Furthermore, we fail to see how our clients' response deadlines in other actions has any bearing on the Rubin plaintiffs' ability to grant us the requested extension.

We will go ahead and put our motion together. Please let me know by Monday morning if you reconsider.

Best,
Katie

---

**Katherine Pierucci** | **Milbank**
2029 Century Park East, 33rd Floor | Los Angeles, CA  90067-3019
T: +1 424.386.4489 | F: +1 213.892.4789
kpierucci@milbank.com | www.milbank.com

---

**From:** Nicholas A. Carlin [mailto:NAC@phillaw.com]
**Sent:** Friday, April 20, 2018 12:26 PM
**To:** Pierucci, Katie <KPierucci@milbank.com>
**Cc:** Lin, Ashlee <anlin@milbank.com>
**Subject:** RE: Rubin v. Facebook, Inc. (N.D. Cal. 18-cv-01852)

1

Thank Katie. As I said, I would agree if all other Plaintiffs' counsel agree. But if you can't get agreement from all of them, then I suggest you make your motion.

---

**From:** Pierucci, Katie <KPierucci@milbank.com>
**Sent:** Friday, April 20, 2018 12:14 PM
**To:** Nicholas A. Carlin <NAC@phillaw.com>
**Cc:** Lin, Ashlee <anlin@milbank.com>
**Subject:** RE: Rubin v. Facebook, Inc. (N.D. Cal. 18-cv-01852)

Nicholas,

Nice meeting you over the phone. As discussed, we'd like to file an agreed motion extending our response deadline to 28 days after expiration (or denial) of the stay requested by Facebook. You indicated that you would be willing to agree to an extension on the condition that every other plaintiff also agreed to an extension. At this point, we have agreements from at least nine of the other Plaintiffs and are following up with the remaining few. No one has refused to agree to our extension.

Please let me know if you are amenable to the requested extension (or have a counter-proposal). Given our imminent deadline to respond in your case (April 24), if we are not able to reach an agreement soon, we plan on moving for an extension.

Thanks,
Katie

---

**Katherine Pierucci | Milbank**
2029 Century Park East, 33rd Floor | Los Angeles, CA  90067-3019
T: +1 424.386.4489 | F: +1 213.892.4789
kpierucci@milbank.com | www.milbank.com

---

**From:** Pierucci, Katie
**Sent:** Thursday, April 19, 2018 5:32 PM
**To:** 'nac@phillaw.com' <
**Cc:** Lin, Ashlee <anlin@milbank.com>
**Subject:** Rubin v. Facebook, Inc. (N.D. Cal. 18-cv-01852)

Dear Nicholas,

Following up on my voicemail, we have been recently retained to represent Cambridge Analytica and SCL Group in this matter. Can you please call me at (424) 386-4489 to discuss?

Thank you,
Katie

---

**Katherine Pierucci | Milbank**
2029 Century Park East, 33rd Floor | Los Angeles, CA  90067-3019
T: +1 424.386.4489 | F: +1 213.892.4789
kpierucci@milbank.com | www.milbank.com

============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that

any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.