# Exhibit B

# Lin, Ashlee

| | |
|---|---|
| **From:** | Cari Laufenberg <claufenberg@KellerRohrback.com> |
| **Sent:** | Friday, April 20, 2018 12:06 PM |
| **To:** | Achamallah, Alexandra |
| **Cc:** | Lin, Ashlee; Chris Springer; Gretchen Freeman Cappio |
| **Subject:** | RE: Haslinger v. Facebook, Inc., N.D. Cal. 3:18-cv-01984 |

Alright.  Plaintiff Haslinger will agree if all of the other plaintiffs agree, but, as I'm sure you can understand, I cannot agree until we receive a representation from you that you have unanimous agreement to the same terms as you have proposed to me from all of the other plaintiffs.

Thank you,
Cari

**From:** Achamallah, Alexandra [mailto:AAchamallah@milbank.com]
**Sent:** Friday, April 20, 2018 12:00 PM
**To:** Cari Laufenberg <claufenberg@KellerRohrback.com>
**Cc:** Lin, Ashlee <anlin@milbank.com>
**Subject:** RE: Haslinger v. Facebook, Inc., N.D. Cal. 3:18-cv-01984

Cari,

The *Beiner* plaintiffs agreed yesterday to the same extension I proposed to you.

Thanks,
Alex

---

**Alexandra Achamallah** | **Milbank**
2029 Century Park East, 33rd Floor | Los Angeles, CA 90067
T: +1 424.386.4325 | F: +1 213.892.4225
aachamallah@milbank.com | www.milbank.com

---

**From:** Cari Laufenberg [mailto:claufenberg@KellerRohrback.com]
**Sent:** Friday, April 20, 2018 11:38 AM
**To:** Achamallah, Alexandra <AAchamallah@milbank.com>
**Cc:** Lin, Ashlee <anlin@milbank.com>
**Subject:** RE: Haslinger v. Facebook, Inc., N.D. Cal. 3:18-cv-01984

Hi Alex,

It was my understanding that the *Beiner* plaintiffs have not agreed.  Please indicate whether you know differently.

**From:** Achamallah, Alexandra [mailto:AAchamallah@milbank.com]
**Sent:** Friday, April 20, 2018 11:36 AM
**To:** Cari Laufenberg <claufenberg@KellerRohrback.com>
**Cc:** Lin, Ashlee <anlin@milbank.com>
**Subject:** RE: Haslinger v. Facebook, Inc., N.D. Cal. 3:18-cv-01984

1

Cari,

At this point, most plaintiffs have agreed to an extension similar to what I outlined below.  We are still following up with counsel in a few cases, but none have not agreed.  Please let me know if you agree to an extension of 28 after the stay expires or the stay is denied.

Thank you,
Alex

---

**Alexandra Achamallah** | **Milbank**
2029 Century Park East, 33rd Floor | Los Angeles, CA 90067
T: +1 424.386.4325 | F: +1 213.892.4225
aachamallah@milbank.com | www.milbank.com

**From:** Achamallah, Alexandra
**Sent:** Thursday, April 19, 2018 1:46 PM
**To:** 'claufenberg@kellerrohrback.com' <claufenberg@kellerrohrback.com>
**Cc:** Lin, Ashlee <anlin@milbank.com>
**Subject:** Haslinger v. Facebook, Inc., N.D. Cal. 3:18-cv-01984

Hi Cari,

Thank you for making time to speak with me today. As discussed, we are proposing an extension of Cambridge Analytica's time to answer to the later of (a) 28 days after expiration of the stay requested in Facebook's Motion to Stay filed April 18, 2018; or (b) 28 days after Facebook's Motion to Stay is denied. I will keep in touch with you regarding other plaintiffs' agreement to our extension.

Thank you,
Alex

---

**Alexandra Achamallah** | **Milbank**
2029 Century Park East, 33rd Floor | Los Angeles, CA 90067
T: +1 424.386.4325 | F: +1 213.892.4225
aachamallah@milbank.com | www.milbank.com

============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.