# Exhibit C

# Lin, Ashlee

| | |
|---|---|
| **From:** | Allen Carney <acarney@cbplaw.com> |
| **Sent:** | Friday, April 20, 2018 6:51 PM |
| **To:** | Achamallah, Alexandra |
| **Cc:** | Lin, Ashlee |
| **Subject:** | Re: Beiner et at. v. Facebook, Inc., N.D. Cal. 3:18-cv-01953 |

Alex, I couldn't line everyone up. Thanks for contacting me.

Sent from my iPhone

On Apr 20, 2018, at 8:14 PM, Achamallah, Alexandra <AAchamallah@milbank.com> wrote:

> Hi Allen,
>
> As per the judge's rules, we must file our extension motion tonight. We plan to file within the next 30 minutes. If you would like to discuss before then, please give me a call.
>
> Thanks,
> Alex
>
> ---
>
> **Alexandra Achamallah** | **Milbank**
> 2029 Century Park East, 33rd Floor │ Los Angeles, CA 90067
> T: +1 424.386.4325 | F: +1 213.892.4225
> aachamallah@milbank.com | www.milbank.com
>
> **From:** Achamallah, Alexandra
> **Sent:** Friday, April 20, 2018 4:21 PM
> **To:** 'Allen Carney' <acarney@cbplaw.com>
> **Cc:** Lin, Ashlee <anlin@milbank.com>
> **Subject:** RE: Beiner et at. v. Facebook, Inc., N.D. Cal. 3:18-cv-01953
>
> Hi Allen,
>
> Counsel in the following two cases have said they would not agree to extension without unanimous agreement among the plaintiffs:
> Haslinger v. Facebook, Inc., N.D. Cal. 3:18-cv-01984
> Rubin v. Facebook, Inc., N.D. Cal. 3:18-cv-01852
>
> Other than that, there are a few other plaintiffs we have not heard back from one way or the other.
>
> Thanks,
> Alex
>
> ---
>
> **Alexandra Achamallah** | **Milbank**
> 2029 Century Park East, 33rd Floor │ Los Angeles, CA 90067
> T: +1 424.386.4325 | F: +1 213.892.4225
> aachamallah@milbank.com | www.milbank.com

1

**From:** Achamallah, Alexandra
**Sent:** Friday, April 20, 2018 3:59 PM
**To:** 'Allen Carney' <acarney@cbplaw.com>
**Cc:** Lin, Ashlee <anlin@milbank.com>
**Subject:** RE: Beiner et at. v. Facebook, Inc., N.D. Cal. 3:18-cv-01953

Hi Allen,

I just gave you a call. I will stay at my desk in case you give me a call back.

Per the judge's standing order, a request for an extension of a filing deadline must be filed 72 hours before the deadline. For us, that is today.

Thanks,
Alex

**Alexandra Achamallah** | **Milbank**
2029 Century Park East, 33rd Floor │ Los Angeles, CA 90067
T: +1 424.386.4325 | F: +1 213.892.4225
aachamallah@milbank.com | www.milbank.com

**From:** Allen Carney [mailto:acarney@cbplaw.com]
**Sent:** Friday, April 20, 2018 1:57 PM
**To:** Achamallah, Alexandra <AAchamallah@milbank.com>
**Cc:** Lin, Ashlee <anlin@milbank.com>
**Subject:** Re: Beiner et at. v. Facebook, Inc., N.D. Cal. 3:18-cv-01953

Alex, I am in a meeting out of the office for the next hour or so. I'll call then.   Please don't file anything on our behalf until we speak.

I appreciate this is a challenge for you lining everyone up.

Sent from my iPhone

On Apr 20, 2018, at 1:23 PM, Achamallah, Alexandra <AAchamallah@milbank.com> wrote:

> Allen,
>
> Most plaintiffs have agreed to a similar extension.  We are still following up with counsel in a few cases, but none have not agreed.  We are seeking 28 days because we will have up to nineteen separate complaints to respond to.  Please let me know if you have any other questions or no longer agree to the extension.
>
> Thanks,
> Alex
>
> **Alexandra Achamallah** | **Milbank**
> 2029 Century Park East, 33rd Floor │ Los Angeles, CA 90067

2

T: +1 424.386.4325 | F: +1 213.892.4225
aachamallah@milbank.com | www.milbank.com

---

**From:** Allen Carney [mailto:acarney@cbplaw.com]
**Sent:** Friday, April 20, 2018 9:33 AM
**To:** Achamallah, Alexandra <AAchamallah@milbank.com>
**Cc:** Lin, Ashlee <anlin@milbank.com>
**Subject:** Re: Beiner et at. v. Facebook, Inc., N.D. Cal. 3:18-cv-01953

The 28 day period doesn't seem necessary, but again, let me know what's going on with your discussions with other counsel.

Get Outlook for iOS

---

**From:** Allen Carney
**Sent:** Friday, April 20, 2018 11:31:06 AM
**To:** Achamallah, Alexandra
**Cc:** Lin, Ashlee
**Subject:** Re: Beiner et at. v. Facebook, Inc., N.D. Cal. 3:18-cv-01953

Alex, can you tell me where you are in your discussion w/ counsel in the other cases?

Get Outlook for iOS

---

**From:** Achamallah, Alexandra <AAchamallah@milbank.com>
**Sent:** Thursday, April 19, 2018 2:11:21 PM
**To:** Allen Carney
**Cc:** Lin, Ashlee
**Subject:** Beiner et at. v. Facebook, Inc., N.D. Cal. 3:18-cv-01953

Hi Allen,

Pursuant to our phone call today, I am writing to confirm that you have agreed to an extension of Cambridge Analytica's time to answer to the later of (a) 28 days after expiration of the stay requested in Facebook's Motion to Stay filed April 18, 2018; or (b) 28 days after Facebook's Motion to Stay is denied.

Thank you,
Alex

---

**Alexandra Achamallah** | **Milbank**

2029 Century Park East, 33rd Floor | Los Angeles, CA 90067
T: +1 424.386.4325 | F: +1 213.892.4225
aachamallah@milbank.com | www.milbank.com

============================================================

This e-mail message may contain legally privileged and/or confidential information. If you

are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

===========================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

===========================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.