UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN D. RUBIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.; SCL GROUP; GLOBAL SCIENCE RESEARCH LTD., and CAMBRIDGE ANALYTICA, LLC;<br><br>Defendants. | Case No. 3:18-cv-01852-VC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANTS CAMBRIDGE ANALYTICA, LLC AND SCL GROUP LTD. TO RESPOND TO COMPLAINT**<br><br>Department: Courtroom 4, 17th Floor<br>Judge: Hon. Vince Chhabria |

Having considered the Motion for Extension of Time for Defendants Cambridge Analytica, LLC and SCL Group Ltd. to Respond to Complaint, the Court hereby GRANTS the Motion and extends the time for Cambridge Analytica, LLC and SCL Group Ltd. to respond to the Complaint until after a decision by the JPML on the pending Motion to Consolidate.

**IT IS SO ORDERED.**

Dated: _____      _____
                                       Hon. Vince Chhabria
                                       United States District Judge