Mark C. Scarsi (SBN 183926)
mscarsi@milbank.com
Ashlee N. Lin (SBN 275267)
anlin@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East 33rd Floor
Los Angeles, California 90067
Telephone:  (424) 386-4000
Facsimile:   (213) 629-5063

*Attorneys for Defendants*
*Cambridge Analytica LLC and SCL Group Ltd.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN D. RUBIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.; SCL GROUP; GLOBAL SCIENCE RESEARCH LTD., and CAMBRIDGE ANALYTICA, LLC;<br><br>Defendants. | Case No. 3:18-cv-01852-VC<br><br>**NOTICE OF JOINDER BY DEFENDANTS CAMBRIDGE ANALYTICA LLC AND SCL GROUP LIMITED IN DEFENDANT FACEBOOK, INC.'S MOTION TO STAY**<br><br>Hearing Date: May 24, 2018<br>Hearing Time: 10:00 a.m.<br>Department: Courtroom 4, 17th Floor<br>Judge: Hon. Vince Chhabria |

**PLEASE TAKE NOTICE THAT** Defendants Cambridge Analytica LLC ("Cambridge Analytica") and SCL Group Limited ("SCL") hereby respectfully join in the Motion to Stay filed by Defendant Facebook, Inc. ("Facebook") on April 18, 2018. (ECF. No. 23.)

Recently, there have been more than twenty closely-related cases filed against Facebook and/or Cambridge Analytica (or related entities). All of the cases raise similar claims based on similar legal and factual issues. Cambridge Analytica and SCL, along with the plaintiffs in several of the cases and Facebook, have requested that the Judicial Panel on Multidistrict Litigation ("JPML") transfer and consolidate the cases before a single district court. (*See* MDL No. 2843, ECF. Nos. 1, 7, 16, 19, 57, 64, 65, 71, 73, 75, 78, 79, 80.) The JPML has scheduled a hearing on May 31, 2018, and is likely to decide the motion to transfer and consolidate shortly thereafter.

For the reasons stated in the Motion to Stay, including that a stay pending the JPML's decision on the motion to transfer and consolidate would promote the compelling public interest in judicial economy, a temporary stay in this action is appropriate. The argument and analysis in the Motion applies to Cambridge Analytica and SCL,[1] particularly with respect to the risk of prejudice caused by duplicative litigation and inconsistent rulings. Therefore, Cambridge Analytica and SCL join Facebook's Motion to Stay and respectfully request that this action be stayed temporarily until the JPML renders its decision on the pending motion to transfer.

**CONCLUSION**

Cambridge Analytica and SCL respectfully request the Court stay this action temporarily until the JPML renders a decision on the pending motion to transfer.

---

[1] To the extent any information in the "Background" section of Facebook's Motion suggests that Cambridge Analytica engaged in any wrongdoing, Cambridge Analytica and SCL do not join in such suggestion, dispute such suggestion, and reserve all rights in this regard.

| | |
|---|---|
| DATED: April 23, 2018 | By: /s/ Mark C. Scarsi<br>Mark C. Scarsi (SBN 183926)<br>mscarsi@milbank.com<br>Ashlee N. Lin (SBN 275267)<br>anlin@milbank.com<br>MILBANK, TWEED, HADLEY &MCCLOY LLP<br>2029 Century Park East 33rd Floor<br>Los Angeles, California 90067<br>Telephone: (424) 386-4000<br>Facsimile: (213) 629-5063<br><br>*Attorneys for Defendants*<br>*Cambridge Analytica, LLC and SCL Group, Ltd.* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document has been served via the Court's CM/ECF system on all counsel of record on April 23, 2018.

/s/ Ashlee N. Lin
Ashlee N. Lin