AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 18-1852 JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __SCL Group Ltd__
was received by me on *(date)* __11/4/2018__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Lisa Houlding__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __SCL Group Ltd__
c/o PKF Littlejohn, 2nd floor, 1 Westferry Circus, London, E14 4HD on *(date)* __11/4/2018__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __13.4.18__

_____
*Server's signature*

__Ashley Sweet__
*Printed name and title*

ILN
6 Radiant House, 28-30
Fowler Rd, Hainault, IG6 3UT
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATED DISTRICT COURT
### for the
## Northern District of California

| | |
|---|---|
| JONATHAN D.RUBIN, individually and on behalf of all ) <br> Those similarly situated                                              ) <br> ------------------------------------------------------------------- ) <br>                                    Plaintiff(s)                    ) <br>                                                                    ) <br> FACEBOOK, INC., A Delaware corporation: SCL GROUP, a ) <br> United Kingdom company; GLOBAL SCIENCE RESEARCH ) <br> LTD, a United Kingdom company; and                            ) <br> CAMBRIDGE ANALYTICA LLC, A Delaware limited        ) <br> Liability company                                              ) <br> _____ ) <br>                                    Defendant(s) | Civil Action No. CV 18-1852 JCS |

## SUMMONS IN A CIVIL ACTION

### WITNESS STATEMENT OF SERVICE

I, Ashley Sweet, Process Server of Process Serve UK Ltd, 1 Bromley Lane, Chislehurst, Kent, BR7 6LH acting on the directions of Collins Long Solicitors, 24 Pepper Street, London, SE1 0EB, solicitors acting on behalf of the Plaintiff.

**STATE AS FOLLOWS:**

1. That I am over sixteen years of age.

2. That I did on Thursday 11th April 2018 at 15.12hrs attend at 2nd Floor, 1 Westferry Circus, Canary Wharf, London E14 4HD and met with a female receptionist at Pkf Littlejohn Chartered Accountants. She identified herself as Lisa Houlding and accepted service of the following documents on behalf of the company confirming it was their registered office :-

   a) Summons
   b) Class Action Complaint
   c) Civil cover sheet
   d) Certification of interested Entities or persons by Plaintiff Jonathan D Rubin
   e) Consent or declination to Magistrate
   f) Order re-assigning case
   g) Case Management Conference Order in re-assigned case
   h) Standing Order for all Judges
   i) Civil Standing Order General
   j) Civil Standing Order Discovery
   k) Civil Pre-trial instruction
   l) Guidelines for trial
   m) ADR dispute resolutions procedures
   n) ECF registration information
   o) Order granting Plaintiff's administrative motion to consider whether case should be related

5. This statement is true to the best of my knowledge and belief and I make it knowing that, if it were tendered in evidence, I would be liable to prosecution if I wilfully stated in it anything which I know to be false or did not believe to be true.

Signed.......*[signature]*............................................ Dated: 13th April 2018
Ashley Sweet