AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 18-1852 JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GLOBAL SCIENCE RESEARCH LTD
was received by me on *(date)* 10th April 2018 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* At 2.45pm on the 11th April 2018, I attended the address, 6th Floor, 49 Peter Street, Manchester, England, M2 3NG, which was the registered office of the above company prior to said company being dissolved. I placed this Summons In Civil Action, together with other related documents in a clear plastic folder, and marked as Important Legal Documents, and left them on the reception desk at the 6th Floor.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 17 April 2018

_____
Server's signature

JEREMY PAUL HOLLAND
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of California

JONATHAN D. RUBIN, individually and on behalf of all

those similarly situated

        Plaintiff(s)                       Civil Action No. CV 18-1852 JCS

FACEBOOK INC., A Delaware corporation: SCL GROUP, a

United Kingdom company; GLOBAL SCIENCE RESEARCH

LTD, a United Kingdom company; and

CAMBRIDGE ANALYTICA LLC, A Delaware limited

Liability Company

        Defendants(s)

## SUMMONS IN A CIVIL ACTION

### WITNESS STATEMENT OF SERVICE

I, Jeremy Paul Holland, process server, of Process Serve UK, 1 Bromley Lane, Chiselhurst, Kent, England, BR7 6LH, acting on the directions of Collins Long Solicitors, 24 Pepper Street, London, SE1 0EB, solicitors, acting on behalf of the Plaintiff,

**STATE AS FOLLOWS**

1. That I am over sixteen years of age.

2. That at 2.45pm on Wednesday the 11th April, I attended the reception desk, on the 6th floor at 49 Peter Street, Manchester, England. This was previously the registered offices of a company called Global Science Research Ltd., now dissolved.

3. That I left a transparent plastic folder on the desk. The folder was marked 'Legal Documents for Global Science Research Ltd' with the address.

4. That contained within the folder were the following documents;
    a. Summons (Dkt 7)
    b. Complaint (Dkt 1)
    c. Civil Cover Sheet (Dkt 1-1)
    d. Certification of interested entities or persons by plaintiff Jonathan D Rubin (Dkt3)

      e. Consent/Declination to Magistrate Judge Jurisdiction (Dkt5)
      f. Order reassigning case (to Judge Edward M Chen (Dkt 9)
      g. Case management Conference Order in reassigned case (Dkt10)
      h. Standing orders for all judges in the Northern District of California
      i. Civil Standing Order – General – USDC Judge Edward M Chen
      j. Civil Standing Order – Discovery – USDC Judge Edward M Chen
      k. Civil pretrial instructions
      l. Guidelines for trial in civil cases Jury and Bench)
      m. ADR dispute resolution procedures
      n. USDC Northern District ECF Registration Information
      o. Order Granting Administrative Motion to Relate cases (Dkt 18)

5. This statement is true to the best of my knowledge and belief, and I make it knowing that, if tendered in evidence, I would be liable to prosecution if I wilfully stated in it, anything whick I knew to be false, or did not believe to be true.

Signed.................*[signature]*................. Dated 17th April 2018

Jeremy Paul Holland