Mark C. Scarsi (SBN 183926)
mscarsi@milbank.com
Ashlee N. Lin (SBN 275267)
anlin@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East 33rd Floor
Los Angeles, California 90067
Telephone:  (424) 386-4000
Facsimile:   (213) 629-5063

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN D. RUBIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.; SCL GROUP; GLOBAL SCIENCE RESEARCH LTD., and CAMBRIDGE ANALYTICA, LLC,<br><br>Defendants. | Case No. 3:18-cv-01852-VC<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEYS OF RECORD**<br><br>Hearing Date: June 14, 2018<br>Hearing Time: 10:00 a.m.<br>Department: Courtroom 4, 17th Floor<br>Judge: Hon. Vince Chhabria |

## NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 14, 2018 at 10:00 a.m., or as soon thereafter as the subject matter of this Motion may be heard before the Honorable Vince Chhabria, in Courtroom 4, on the 17th floor of the above-captioned court located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendants Cambridge Analytica, LLC and SCL Group Ltd. will and hereby do move for an Order withdrawing Mark C. Scarsi and Ashlee N. Lin as its attorneys of record in this case.

Cambridge Analytica, LLC and SCL Group Ltd. base this Motion on the following motion and all records on file with the court in connection with this case or which may be submitted prior to the time of the hearing.

Defendants Cambridge Analytica, LLC ("CA") and SCL Group Ltd. ("SCL Group") hereby move the Court to withdraw as its attorneys of record Mark C. Scarsi and Ashlee N. Lin, each of the law firm of Milbank, Tweed, Hadley & McCloy LLP ("Milbank") and states as follows.

1. On May 2, 2018, SCL Elections Ltd., as well as certain of its and CA's U.K. affiliates (collectively, the "Company") filed applications to commence insolvency proceedings in the U.K. The Company is immediately ceasing all operations and the boards have appointed insolvency practitioners Crowe Clark Whitehill LLP to act as the independent administrator for the Company.

2. Additionally, parallel bankruptcy proceedings will soon be commenced on behalf of CA and certain of the Company's U.S. affiliates (including SCL Group) in the United States Bankruptcy Court for the Southern District of New York.

3. Milbank, CA and SCL Group agree that Milbank is no longer representing either CA or SCL Group in this litigation.

4. Pursuant to L.R. 11-5, written notice has been given to the client and to all other parties who have appeared in the case.

Defendant CA and SCL Group therefore respectfully requests that the Court withdraw Mark C. Scarsi and Ashlee N. Lin as attorneys of record for CA and SCL Group, and that CM/ECF electronic notices in this action to these attorneys be terminated.

DATED: May 2, 2018

Respectfully submitted,

By: /s/ Mark C. Scarsi
Mark C. Scarsi (SBN 183926)
mscarsi@milbank.com
Ashlee N. Lin (SBN 275267)
anlin@milbank.com
MILBANK, TWEED, HADLEY &MCCLOY LLP
2029 Century Park East 33rd Floor
Los Angeles, California 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been served via the Court's CM/ECF system on all counsel of record on May 2, 2018.

/s/ Ashlee N. Lin
Ashlee N. Lin