1  NICHOLAS A. CARLIN (State Bar No. 112532)
   BRIAN S. CONLON (State Bar No. 303456)
2  PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
   39 Mesa Street, Suite 201 - The Presidio
3  San Francisco, CA   94129
   Telephone:  415-398-0900
4  Fax:           415-398-0911
   Email: nac@phillaw.com
5         bsc@phillaw.com

6

7  Attorneys for Plaintiff

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12  JONATHAN D. RUBIN, individually and on          Case No:  3:18-cv-01852-VC
    behalf of all those similarly situated,
13                                                  **RESPONSE OPPOSING IN PART AND**
                      Plaintiffs,                   **SUPPORTING IN PART MOTION FOR**
14                                                  **EXTENSION OF TIME TO RESPOND**
            v.                                      **TO COMPLAINT**
15
    FACEBOOK, INC, a Delaware corporation;
16  SCL GROUP, a United Kingdom company;
    GLOBAL SCIENCE RESEARCH LTD, a
17  United Kingdom company; and
    CAMBRIDGE ANALYTICA LLC, a
18  Delaware  limited liability company.

19                    Defendants.

20

21        Plaintiff Jonathan D. Rubin hereby agrees to Facebook's Motion to Stay (ECF No. 23),

22  and conditionally agrees to the Motion for Extension of Time filed by Cambridge Analytica,

23  LLC and SCL Group, Ltd. (ECF No. 27).

24        Rubin agrees to Facebook's Motion to Stay provided that the stay is entered without

25  prejudice to his ability to seek interim relief before this Court if necessary.  Insofar as Rubin is

26  entitled to the same if the Court is to grant the Motion for Extension of Time filed by Cambridge

27  Analytica, LLC and SCL Group, Ltd., Rubin agrees to that Motion as well.

28

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA   94129
Telephone:  (415) 398-0900

1         In the event that not all actions arising from the same transactions and occurrences that

2    led to the present action are stayed pending the results of the Multi-District Panel's decision,

3    Rubin intends to seek interim relief before this Court.  Rubin's agreement to the Motion to Stay

4    and Motion for Extension of Time is contingent upon all of the related actions being stayed

5    pending that decision.

6

7    Dated:  May 3, 2018              PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP

8

9                      By:  /s/ Nicholas A. Carlin

10                         Nicholas A. Carlin

                      Brian S. Conlon

11                         Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA  94129
Telephone:  (415) 398-0900