UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY DIAZ SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC., et al.,<br><br>　　　　Defendants. | Case No.  18-cv-02381-JSW<br><br>**SUA SPONTE REFERRAL ORDER** |

Pursuant to Northern District Civil Local Rule 3-12(c), the Court HEREBY REFERS this matter to Judge Vince Chhabria to determine if this case is related to: *Rubin v. Facebook, Inc., et al.*, 18-cv-01852-VC.

Dated: May 9, 2018

_____
JEFFREY S. WHITE
United States District Judge

Cc:  Judge Vince Chabbria