UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN D. RUBIN,<br>Plaintiff,<br>v.<br>FACEBOOK, INC., et al.,<br>Defendants. | Case No. 18-cv-01852-VC<br><br>**ORDER RE MOTION TO WITHDRAW** |
| ASHLEY GENNOCK, et al.,<br>Plaintiffs,<br>v.<br>FACEBOOK, INC., et al.,<br>Defendants. | Case No. 18-cv-01891-VC |
| THERESA BEINER, et al.,<br>Plaintiffs,<br>v.<br>FACEBOOK, INC., et al.,<br>Defendants. | Case No. 18-cv-01953-VC |
| SUZIE HASLINGER,<br>Plaintiff,<br>v.<br>FACEBOOK, INC., et al.,<br>Defendants. | Case No. 18-cv-01984-VC |

CHRISTINA LABAJO,
Plaintiff,
v.
FACEBOOK INC., et al.,
Defendants.

Case No. 18-cv-02093-VC

The motion to withdraw is denied without prejudice to renewal after the Judicial Panel on Multidistrict Litigation has made its determination in *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, Case No. 2843.

**IT IS SO ORDERED.**

Dated: May 21, 2018

VINCE CHHABRIA
United States District Judge