Mark C. Scarsi (SBN 183926)
mscarsi@milbank.com
Ashlee N. Lin (SBN 275267)
anlin@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East 33rd Floor
Los Angeles, California 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN D. RUBIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.; SCL GROUP; GLOBAL SCIENCE RESEARCH LTD., and CAMBRIDGE ANALYTICA, LLC,<br><br>Defendants. | Case No. 3:18-cv-01852-VC<br><br>**RENEWED NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEYS OF RECORD**<br><br>Hearing Date: July 12, 2018<br>Hearing Time: 10:00 a.m.<br>Department: Courtroom 4, 17th Floor<br>Judge: Hon. Vince Chhabria |

## NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 12, 2018 at 10:00 a.m., or as soon thereafter as the subject matter of this Motion may be heard before the Honorable Vince Chhabria, in Courtroom 4, on the 17th floor of the above-captioned court located at 450 Golden Gate Avenue, San Francisco, California 94102, attorneys of record for Defendants Cambridge Analytica, LLC and SCL Group Ltd. will and hereby do move for an Order withdrawing Mark C. Scarsi and Ashlee N. Lin of Milbank, Tweed, Hadley & McCloy LLP ("Milbank") as its attorneys of record in this case.

Milbank bases this Motion on the following motion and all records on file with the court in connection with this case or which may be submitted prior to the time of the hearing.

1

Milbank hereby moves the Court to withdraw as Mark C. Scarsi and Ashlee N. Lin, each of the law firm of Milbank, Tweed, Hadley & McCloy LLP, as attorneys of record for Defendants Cambridge Analytica, LLC ("CA") and SCL Group Ltd. ("SCL Group"), and states as follows.

1. On May 2, 2018, SCL Group, as well as certain of its and CA's U.K. affiliates (collectively, the "Company") filed applications to commence insolvency proceedings in the U.K. (High Court of Justice, Business and Property Courts of England and Wales, Insolvency and Companies List (ChD), Case No. CR-2018-003659.) The Company is immediately ceasing all operations and the boards have appointed insolvency practitioners Crowe Clark Whitehill LLP to act as the independent administrator for the Company.

2. On May 17, 2018, parallel bankruptcy proceedings were commenced on behalf of CA and certain of the Company's U.S. affiliates in the United States Bankruptcy Court for the Southern District of New York. *In re Cambridge Analytica LLC*, No. 18-11500-shl, ECF No. 1 (Bankr. S.D.N.Y. May 17, 2018). CA has ceased all operations.

3. Milbank, CA and SCL Group agree that Milbank is no longer representing either CA or SCL Group in this litigation. Indeed, CA and SCL Group notified Milbank that CA and SCL Group no longer require or desire Milbank's representation, rendering it unreasonably difficult (if not impossible) for Milbank to continue to represent CA or SCL Group. CA and SCL Group no longer consult or communicate with Milbank as their counsel, and Milbank is no longer authorized to act on CA's or SCL Group's behalf. Other than to the extent necessary for Milbank to withdraw as CA's counsel, there is no ongoing communication between Milbank and CA regarding this case. Milbank is not privy to confidential information regarding CA's activity in its bankruptcy matters or even in the pending litigation

4. CA and SCL Group no longer have any fee arrangements with Milbank, and Milbank will thus not be compensated for any legal services performed for CA or SCL Group going forward.

5. Pursuant to L.R. 11-5, written notice has been given to the client and to all other parties who have appeared in the case.

Milbank therefore respectfully requests that the Court withdraw Milbank, including attorneys Mark C. Scarsi and Ashlee N. Lin, as attorneys of record for CA and SCL Group, and that CM/ECF electronic notices in this action to these attorneys be terminated.

DATED:  June 6, 2018

Respectfully submitted,

By: /s/ Mark C. Scarsi
Mark C. Scarsi (SBN 183926)
mscarsi@milbank.com
Ashlee N. Lin (SBN 275267)
anlin@milbank.com
MILBANK, TWEED, HADLEY &MCCLOY LLP
2029 Century Park East 33rd Floor
Los Angeles, California 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document has been served via the Court's CM/ECF system on all counsel of record on June 6, 2018.

/s/ Ashlee N. Lin
Ashlee N. Lin