UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
|---|---|
| This document relates to:<br>18-cv-01852-VC; 18-cv-01891-VC; 18-cv-01953-VC; 18-cv-01984-VC; 18-cv-02093-VC | **PRETRIAL ORDER NO. 2: GRANTING MOTIONS TO WITHDRAW** |

The motions to withdraw as counsel to Cambridge Analytica are granted.

**IT IS SO ORDERED.**

Dated: July 5, 2018

VINCE CHHABRIA
United States District Judge